IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, ) <br> CENTER FOR FOOD SAFETY, and ) <br> PUBLIC EMPLOYEES FOR ) <br> ENVIRONMENTAL RESPONSIBILITY, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> Secretary, United States Department ) <br> of the Interior, DALE HALL, ) <br> Director of United States Fish ) <br> And Wildlife Service, and UNITED ) <br> STATES FISH AND WILDLIFE ) <br> SERVICE, an administrative agency ) <br> of the United States Department of the ) <br> Interior, ) <br>  ) <br> Defendants. ) <br> _____) | Civil Action No. 06-223 <br><br> MOTION AND ORDER FOR <br> ADMISSION PRO HAC VICE |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph Mendelson III to represent Center for Food Safety in this matter.

Signed: *Vivian A. Houghton*

Vivian Houghton, DE Bar #
Houghton, Holly & Gray LLP
800 West Street
Wilmington, DE 19801
(302) 658-0518

Attorney for Delaware Audubon Society

Date: 5-12-06

1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____                    _____
                                     United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia Bar and the Maryland Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Date: 5/5/06

Joseph Mendelson III
Center for Food Safety
660 Pennsylvania Ave. SE, Suite 302
Washington, DC 20003
(202) 547-9359