IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>vs.<br><br>Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>Defendants. | Civil Action No. 06-223<br><br>MOTION AND ORDER FOR ADMISSION PRO HAC VICE |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of William B. Rostov to represent Center for Food Safety in this matter.

Signed: _/s/ Vivian A. Houghton_

Vivian Houghton, DE Bar #
Houghton, Holly & Gray LLP
800 West Street
Wilmington, DE 19801
(302) 658-0518

Attorney for Delaware Audubon Society

Date: 5-12-06

1

**ORDER GRANTING MOTION**

　　IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

　　Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *William Rostov*

Date: 5/4/06

William B. Rostov
Center for Food Safety
2601 Mission St., Suite 803
San Francisco, CA 94110
(415) 826-2770