IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiffs,<br>vs.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior<br><br>Defendants. | Civil Action No. 06-223 (GMS) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 7, the Federal defendants move the Court for an extension of time for response to the Complaint for Declatory and Injunctive Relief filed on April 5, 2006 by Plaintiffs in this matter. The Federal defendants request that this Court enter an order extending the time for response to the Complaint for two weeks or until June 21, 2006. The Federal defendants request this extension in order to enter into discussions with the Plaintiffs to determine if this matter may be settled.

Counsel for Plaintiffs has been consulted and does not oppose this motion.

THEREFORE, the Federal defendants move this court for an order extending the time for response to the Complaint until June 21, 2006.

Dated this 6th day of June, 2006

                                  Respectfully submitted,

                                  SUE ELLEN WOOLDRIDGE
                                  Assistant Attorney General

                                  RUTH ANN STOREY
                                  U.S. Department of Justice
                                  Environment and Natural Resources Division
                                  General Litigation Section
                                  P.O. Box 663
                                  Washington, D.C. 20044-0663
                                  (202) 305-0493

                                  COLM F. CONNOLLY
                                  United States Attorney
                                  District of Delaware

                                  /s/ Ellen W. Slights
BY:                            _____
                                  ELLEN W. SLIGHTS
                                  Assistant United States Attorney
                                  1007 Orange Street, P.O. Box 2046
                                  Wilmington, DE 19899
                                  (302) 573-6277

                                  Attorneys for Defendants


IT IS SO ORDERED this _____ day of June, 2006.


                                  _____
                                  Honorable Gregory M. Sleet
                                  United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>vs.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-223 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 6, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Vivian A. Houghton, Esquire
800 West Street
Wilmington, DE 19801
vivianhoughton@comcast.net

Cari Miyoko Sakashita, Esquire
miyoko@icta.org

Joseph Mendelson, Esquire
joemend@icta.org

William B. Rostov, Esquire
wrostov@icta.org

/s/ Kathie Gray
Kathie Gray
Office of the United States Attorney
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19899