IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>Secretary, Department of the Interior, *et al*,<br><br>    Defendants. | Civil Action No. 06-223 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ruth Ann Storey, Esquire, to represent the Defendants in this action.

COLM F. CONNOLLY
United States Attorney

/s/ Ellen W. Slights
_____
By: Ellen W. Slights
    Delaware Bar I.D. No. 2782
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277
    ellen.slights@usdoj.gov

Dated: June 15, 2006

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

_____
Honorable Gregory M. Sleet
United States District Court Judge

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Secretary, Department of the Interior, *et al*, <br><br> Defendants. | Ca No. 06-223   (GMS) |

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                             /s/ Ruth Ann Storey
                                             RUTH ANN STOREY
                                             Trial Attorney
                                             U.S. Department of Justice
                                             Environment and Natural Resources
                                                 Division
                                             Natural Resources Section
                                             P.O. Box 663
                                             Washington, D.C. 20044-0663
                                             (202) 305-0493
                                             ruth.ann.storey@usdoj.gov

Date:   June 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiffs,<br><br>vs.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-223 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 15, 2006, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Vivian A. Houghton, Esquire
800 West Street
Wilmington, DE 19801
vivianhoughton@comcast.net

Cari Miyoko Sakashita, Esquire
Center for Food Safety
San Francisco, CA
miyoko@icta.org

Joseph Mendelson, Esquire
Center for Food Safety
San Francisco, CA
joemend@icta.org

William B. Rostov, Esquire
Center for Food Safety
San Francisco, CA
wrostov@icta.org

I hereby attest that on June 15, 2006, I mailed by U.S. Postal Service the above document to the following non-registered participant:

Richard E. Condit
Public Employees for Environmental Responsibility
2000 P Street, N.W., Suite 240
Washington, DC 20036

                                      /s/ Kathie Gray
                                      Kathie Gray
                                      Office of the United States Attorney
                                      1007 Orange Street, P.O. Box 2046
                                      Wilmington, DE 19899