IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiffs,<br>vs.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior<br><br>Defendants. | Civil Action No. 06-223 (GMS)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Fed. R. Civ. P. 7, the Federal defendants move the Court for an extension of time for response to the Complaint for Declaratory and Injunctive Relief filed on April 5, 2006 by Plaintiffs in this matter. The Federal defendants request that this Court enter an order extending the time for response to the Complaint until July 21, 2006. The Federal defendants request this extension in order to continue discussions with the Plaintiffs to determine if this matter may be settled.

Counsel for Plaintiffs has been consulted and does not oppose this motion.

THEREFORE, the Federal defendants move this court for an order extending the time for response to the Complaint until July 21, 2006.

Dated this 21st day of June, 2006

                        Respectfully submitted,

                        SUE ELLEN WOOLDRIDGE
                        Assistant Attorney General

                        RUTH ANN STOREY
                        U.S. Department of Justice
                        Environment and Natural Resources Division
                        General Litigation Section
                        P.O. Box 663
                        Washington, D.C. 20044-0663
                        (202) 305-0493

                        COLM F. CONNOLLY
                        United States Attorney
                        District of Delaware

               BY:   _____
                        ELLEN W. SLIGHTS
                        Assistant United States Attorney
                        1007 Orange Street, P.O. Box 2046
                        Wilmington, DE 19899
                        (302) 573-6277

                        Attorneys for Defendants


IT IS SO ORDERED this _____ day of June, 2006.


                        _____
                        Honorable Gregory M. Sleet
                        United States District Court Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, )<br>CENTER FOR FOOD SAFETY, and )<br>PUBLIC EMPLOYEES FOR )<br>ENVIRONMENTAL RESPONSIBILITY )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Secretary, Department of the Interior, DALE )<br>HALL, Director of United States Fish and )<br>Wildlife Service, and UNITED STATES )<br>FISH AND WILDLIFE SERVICE, an )<br>administrative agency of the United States )<br>Department of the Interior, )<br>)<br>Defendants. ) | Civil Action No. 06-223 (GMS) |

### AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 21, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Vivian A. Houghton, Esquire
800 West Street
Wilmington, DE 19801
vivianhoughton@comcast.net

Cari Miyoko Sakashita, Esquire
Center for Food Safety
San Francisco, CA
miyoko@icta.org

Joseph Mendelson, Esquire
Center for Food Safety
San Francisco, CA
joemend@icta.org

William B. Rostov, Esquire
Center for Food Safety
San Francisco, CA
wrostov@icta.org

I hereby attest that on June 21, 2006, a copy of the above document was served, as indicated, upon the following non-registered participants:

Richard E. Condit
Public Employees for Environmental Responsibility
2000 P Street, N.W., Suite 240
Washington, DC 20036
<u>via U.S. Postal Service</u>

Kenneth T. Kristl
Associate Professor of Law
Widener University School of Law
Director, Environmental and Natural Resources Law Clinic
   of Counsel, Mid-Atlantic Environmental Law Center
kenneth.t.kristl@law.widener.edu

                          /s/ Kathie Gray
                          _____
                          Kathie Gray
                          Office of the United States Attorney
                          The Nemours Building
                          1007 Orange Street
                          P.O. Box 2046
                          Wilmington, DE 19899