IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiffs,<br>v.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>Defendants. | Civil Action No. 06-223 GMS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 7, the Federal defendants move the Court for an extension of time for response to the Complaint for Declaratory and Injunctive Relief filed on April 5, 2006 by Plaintiffs in this matter. The Federal defendants request that this Court enter an order extending the time for response to the Complaint until August 4, 2006. The Federal defendants request this extension in order to continue discussions with the Plaintiffs to determine if this matter may be settled.

Counsel for Plaintiffs has been consulted and does not oppose this motion.

THEREFORE, the Federal defendants move this court for an order extending the time for

response to the Complaint until August 4, 2006. A proposed form of order is attached.


Dated this 21st day of July, 2006               Respectfully submitted,

                                                  SUE ELLEN WOOLDRIDGE
                                                  Assistant Attorney General


                                                  RUTH ANN STOREY
                                                  U.S. Department of Justice
                                                  Environment and Natural Resources Division
                                                  General Litigation Section
                                                  P.O. Box 663
                                                  Washington, D.C. 20044-0663
                                                  (202) 305-0493

                                                  COLM F. CONNOLLY
                                                  United States Attorney


                                              By: /s Douglas E. McCann
                                                  Douglas E. McCann #3852
                                                  Assistant United States Attorney
                                                  1007 Orange Street, Suite 700
                                                  P.O. Box 2046
                                                  Wilmington, Delaware  19899-2046
                                                  (302) 573-6277
                                                  douglas.mccann@usdoj.gov

                                                  Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-223 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, having considered the Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED. The Defendants shall answer or otherwise respond to the Complaint on or before August, 4, 2004.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

  I Douglas E. McCann, hereby certify that I caused the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint to be served this 21st day of July, 2006, on the following counsel in the manner indicated:

**BY CM/ECF**
Vivian A. Houghton, Esq.
800 West Street
Wilmington, DE 19801
(302) 658-0518
Email: Vivianhoughton@comcast.net

                 /s/ Douglas E. McCann
                 Douglas E. McCann #3852