IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>      Plaintiffs,<br>v.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>      Defendants. | Civil Action No. 06-223 GMS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 7, the Federal defendants move the Court for an extension of time for response to the Complaint for Declaratory and Injunctive Relief filed on April 5, 2006 by Plaintiffs in this matter.  The Federal defendants request that this Court enter an order extending the time for response to the Complaint until August 11, 2006.  The Federal defendants request this extension in order to continue discussions with the Plaintiffs to determine if this matter may be settled.

Counsel for Plaintiffs has been consulted and does not oppose this motion.

THEREFORE, the Federal defendants move this court for an order extending the time for

response to the Complaint until August 11, 2006.  A proposed form of order is attached.

Dated this 4th day of August, 2006        Respectfully submitted,

                                         SUE ELLEN WOOLDRIDGE
                                         Assistant Attorney General

                                         RUTH ANN STOREY
                                         U.S. Department of Justice
                                         Environment and Natural Resources Division
                                         General Litigation Section
                                         P.O. Box 663
                                         Washington, D.C. 20044-0663
                                         (202) 305-0493

                                         COLM F. CONNOLLY
                                         United States Attorney


                                 By: /s Douglas E. McCann
                                         Douglas E. McCann #3852
                                         Assistant United States Attorney
                                         1007 Orange Street, Suite 700
                                         P.O. Box 2046
                                         Wilmington, Delaware  19899-2046
                                         (302) 573-6277
                                         douglas.mccann@usdoj.gov

                                         Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, ) <br> CENTER FOR FOOD SAFETY, and ) <br> PUBLIC EMPLOYEES FOR ) <br> ENVIRONMENTAL RESPONSIBILITY, ) <br>   ) <br>   Plaintiffs, ) <br> v. ) <br>   ) <br> Secretary, Department of the Interior, DALE ) <br> HALL, Director of United States Fish and ) <br> Wildlife Service, and UNITED STATES ) <br> FISH AND WILDLIFE SERVICE, an ) <br> administrative agency of the United States ) <br> Department of the Interior, ) <br>   ) <br>   Defendants. ) | Civil Action No. 06-223 GMS |

**ORDER**

AND NOW, having considered the Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED. The Defendants shall answer or otherwise respond to the Complaint on or before August 11, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I Douglas E. McCann, hereby certify that I caused the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint to be served this 4th day of August, 2006, on the following counsel in the manner indicated:

**BY CM/ECF**
Vivian A. Houghton, Esq.
800 West Street
Wilmington, DE 19801
(302) 658-0518
Email: Vivianhoughton@comcast.net

      /s/ Douglas E. McCann
      Douglas E. McCann #3852