# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

December 20, 2006

TO:  Counsel

RE:  Delaware Audubon Society v. Secretary, U.S. Dept. of the Interior
     Civil Action No. 06-223 GMS

Dear Counsel:

On August 15, 2006, the court was advised that this case had settled and that a stipulation of dismissal was forthcoming.

Please submit a status report or a stipulation of dismissal, via electronic case filing, no later than January 5, 2007.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager