IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiffs,<br>v.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior<br><br>Defendants. | Civil Action No. 06-223 GMS |

## STATUS REPORT

Pursuant to the letter directed to counsel dated December 20, 2006 (D.I. 19), the government submits the following status report on behalf of all parties.

The parties have successfully negotiated a settlement of this matter that will result in a stipulation of dismissal. The parties have agreed on a settlement agreement that memorializes that agreement. The settlement agreement is in the final stages of approval at the Department of the Interior. Once that approval is complete, the settlement agreement only requires final approval by the Assistant Attorney General of the Environment and Natural Resources Division.

We anticipate that all of the approvals will be obtained and the stipulation of dismissal filed no later than 30 days from the date of this status report.

Dated this 5th day of January, 2007

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann

Douglas E. McCann
Assistant United States Attorney
1007 Orange Street, Suite 1007
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that I caused the foregoing Status Report to be served on the following counsel by CM/ECF this 5th day of January, 2007:

Vivian A. Houghton, Esq.
800 West Street
Wilmington, DE 19801
(302) 658-0518
Email: Vivianhoughton@comcast.net

_____
Douglas E. McCann