

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 8, 2007

**BY CM/ECF**
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King St.
Room 4324
Lockbox 19
Wilmington, DE 19801

    Re:    *Delaware Audubon Society, et al. V. Secretary, U.S. Department of the Interior*,
             CA No. 06-223 (D.Del.)

Dear Judge Sleet:

    The purpose of this letter is to inform the Court of the status of the settlement agreed to by the parties in this matter.

    On January 5, 2007, the United States filed a status report informing the Court that the parties had reached settlement in principle and were acquiring the necessary approvals. The status report informed the court that we thought those approvals would be received within 30 days.

    The government is waiting on one outstanding approval before it can stipulate to a dismissal. We anticipate that approval shortly; we will move expeditiously to file a stipulation of dismissal of this matter once that is in hand.

    Respectfully,

    COLM F. CONNOLLY
    United States Attorney

    BY: _____
    Douglas E. McCann
    Assistant United States Attorney

cc:    Vivian A. Houghton, Esq.