IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>    Plaintiffs,<br>v.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 06-223 (GMS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Douglas E. McCann as one of the attorneys of record on behalf of the United States of America.

                COLM F. CONNOLLY
                United States Attorney

                By: /s/ Douglas E. McCann
                Douglas E. McCann
                Assistant United States Attorney

Dated: May 21, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>　　　　　Defendants. | Civil Action No.: 06-223 (GMS) |

## CERTIFICATE OF SERVICE

I, Marie Steel, employee with the United States Attorney's Office, hereby certify that on May 21, 2007, I electronically filed the foregoing:

**NOTICE OF WITHDRAWAL OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing via U.S. mail to counsel of record as follows:

**BY CM/ECF**
Vivian A. Houghton, Esq.
800 West Street
Wilmington, DE 19801
(302) 658-0518
Email: Vivianhoughton@comcast.net

_/s/ Marie Steel_
Marie Steel
Legal Assistant