IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish And Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-223<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The following schedule shall apply in this case:

1. Plaintiffs shall file any amendments to their complaint by July 9, 2007.

2. If Plaintiffs do not amend their complaint, the following schedule will apply:

   A. Defendants shall file the Administrative Record by July 13, 2007.

   B. Plaintiffs shall file their Motion for Summary Judgment by August 24, 2007.

   C. Defendants shall file their Brief in Opposition to Plaintiffs' Motion for Summary Judgment by September 28, 2007.

   D. Plaintiffs shall file their Reply Brief in Support of their Motion for Summary Judgment by October 19, 2007.

3. If Plaintiffs do amend their complaint, the following schedule will apply:

   A. Defendants shall file their Answer to the Amended Complaint within 30 days after the Amended Complaint is filed.

B. Defendants shall file the Administrative Record within 45 days after they file their Answer.

C. Plaintiffs shall file their Motion for Summary Judgment within 45 days after the filing of the Administrative Record.

D. Defendants shall file their Brief in Opposition to Plaintiffs' Motion for Summary Judgment within 30 days of the filing of the Motion for Summary Judgment.

E. Plaintiffs shall file their Reply Brief in Support of their Motion for Summary Judgment within 30 days of the filing of Defendants' Brief in Opposition to Plaintiffs' Motion for Summary Judgment.

SO ORDERED.

_____
Honorable Gregory M. Sleet

Date: June 27, 2007

FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE