## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DELAWARE AUDUBON SOCIETY,  )
CENTER FOR FOOD SAFETY, and  )
PUBLIC EMPLOYEES FOR  )    Ca No. 06-223
ENVIRONMENTAL RESPONSIBILITY  )
)
)    **NOTICE OF FILING**
Plaintiffs,  )    **CERTIFICATION AND INDEX**
vs.  )    **TO THE**
)    **ADMINISTRATIVE RECORD**
Secretary, Department of the Interior, DALE  )
HALL, Director of United States Fish and  )
Wildlife Service, and UNITED STATES  )
FISH AND WILDLIFE SERVICE, an  )
administrative agency of the United States  )
Department of the Interior  )
)
Defendants.  )

Federal Defendants, Secretary, Department of the Interior, Dale Hall, Director of the U.S.

Fish and Wildlife Service, and the United States Fish and Wildlife Service, files the Certification

of the Administrative Record and the Index to the Administrative Record in this matter.

Copies of the complete administrative record have been provided to each party on a CD.

A copy will be provided to the Court upon request.

Dated this 12th day of June, 2007          Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

/s/ Ruth Ann Storey
RUTH ANN STOREY
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0493

Attorney for Defendants

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY,<br>CENTER FOR FOOD SAFETY, and<br>PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>v.<br><br>Secretary, United States Department<br>of the Interior, DALE HALL,<br>Director, U.S. Fish and Wildlife Service, and<br>the U.S. FISH ANDWILDLIFE SERVICE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No.<br>) 06-223-GMS<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF SUSAN R. MCMAHON CERTIFYING THE U.S. FISH AND WILDLIFE SERVICE'S ADMINISTRATIVE RECORD**

I, Susan R. McMahon, do make the following declaration:

1.  I am the Deputy Regional Chief, National Wildlife Refuge System, Region 5, U.S. Fish and Wildlife Service (Service), U.S. Department of the Interior. As such, I am responsible for oversight of the Regionwide programs, issues and policies relative to the protection of fish and wildlife resources within the National Wildlife Refuge System, including matters dealing with formulating and implementing policies, standards, and procedures; coordinating Regionwide Program issues/policies (e.g., refuge management, public use, compatibility, comprehensive planning and outreach); developing short- and long-range plans, objectives, and priorities for ensuring adherence to the laws and policies which govern the management of the Service; and managing multimillion dollar budgets for assigned programs. I perform a full range of supervisory/managerial duties and responsibilities over four Divisions and two Branch Offices. These include the Division of Conservation Planning and Policy, Division of Visitor Services and Communications, Division of Refuge Field Support, Division of Realty, Office of Refuge Law Enforcement, and Office of National Wildlife Refuge System Budget. I also supervise the two Program Supervisors who provide direct oversight to all of the Refuge Project Leaders in Region 5. I have served in this capacity since September 12, 2001.

2.  As the Deputy Regional Chief, National Wildlife Refuge System, I am aware of or was involved with the isssues that are the subject of this proceeding, and serve as the custoidan of the files from various Service offices that comprise the Service's Adminsitrative Reocrd.

1

3.    Based on my offical knowledge and information available to me, and except as indicated, I hereby certify that the complete Administrative Record of the Service's invovlement in the issuance of cooperative farming agreements through its Prime Hook National Wildlife Refuge between 1995 and 2006, is listed in the atttached index.

4.    I have not included:  transmittal sheets, faxes cover sheets and fax confirmation sheets, except where those documents reveal the date of transmittal that could not otherwise be ascertained, or contain comment or dialogue as opposed to merely transmitting attached documents; draft versions of cooperative farming agreements for which a final was produced and is included; scientific articles or papers listed in bibliographies or literature cited sections of correspondence, reports or other similar documents; documents concerning cooperative farming agreements created after the issuance and effective date of the last agreements to be finalized on March 15, 2006; documents related to the modification of the Service's genetically modified crop guidance beginning in 2003, except for Region 5's contributions to those discussions, and those correspondence specific to the Prime Hook National Wildlife Refuge; and, materials related to the Prime Hook National Widlife Refuge's comprehensive conservation planning efforts, received prior to March 15, 2006, which are unrelated to farming practices or the reversion of farmland to grasslands that are the subjects of this litigation.

5.    The Service's Administrative Record consists of agency documents and other materials maintained by the Service's Prime Hook National Wildlife Refuge, some of its other refuges, its Regional Office for Region 5, its Headquarters Office, as well as other sources, as indicated by the Index.

6.    True and correct copies of the multi-volume Administrative Record and Index are attached hereto.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Executed on the _11_ day of July, 2007.


Susan R. McMahon
Deputy Regional Chief
National Wildlife Refuge System
Regional Office – Region 5
U.S. Fish and Wildlife Service
300 Westgate Center Drive
Hadley, MA 01035

# ADMINISTRATIVE RECORD

## U.S. FISH AND WILDLIFE SERVICE
## PRIME HOOK NATIONAL WILDLIFE REFUGE

## VOLUME 1 – AGENCY DECISION-MAKING

| PAGE | DATE | DESCRIPTION |
|---|---|---|
| US000001 | 1970 | Cropland Management Plan – PHNWR |
| US000026 | 7/22/87 | Cropland and Grassland Management Plan – PHNWR |
| US000042 | 11/93 | FWS RONS Handbook – August 1993 – Secondary Use of PHNWR |
| US000050 | 06/94 | Inventory of Secondary Uses Currently Occurring on the PHNWR |
| US000054 | 6/8/84 | Memo from Asst Refuge Mgr, PHNWR to Refuge Mgr Bombay Hook NWR, subject:  Compatibility |
| US000060 | 2/28/95 | CFA between PHNWR and James C. Wells, Jr., Wells Farms Inc. (3/1/95 – 12/31/95) |
| US000067 | 3/14/95 | CFA between PHNWR and Walls Enterprises (3/30/95 – 12/31/95) |
| US000073 | 2/28/95 | CFA between PHNWR and Fred A. Bennett (3/1/95 – 12/31/95) |
| US000081 | 3/12/96 | CFA between PHNWR and James C. Wells, Jr. (3/1/95 –12/31/96) |
| US000090 | 3/12/96 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/1/96 – 12/31/96) |
| US000099 | 3/12/96 | CFA between PHNWR and Fred A. Bennett (3/1/96 – 12/31/96) |
| US000109 | 2/10/97 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/1/97 – 12/31/97) |
| US000121 | 2/10/97 | CFA between PHNWR and Walls Enterprises (3/1/97 – 12/31/97) |
| US000127 | 2/10/97 | CFA between PHNWR and Fred A. Bennett (3/1/97 – 12/31/97) |

1

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000137 | 2/10/97 | CFA between PHNWR and James C. Wells, Jr. (3/1/97 – 12/31/97) |
| US000146 | 3/9/98 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/1/98 – 12/31/98) |
| US000153 | 3/9/98 | CFA between PHNWR and Fred A. Bennett (3/1/98 – 12/31/98) |
| US000161 | 3/9/98 | CFA between PHNWR and James C. Wells, Jr. (3/1/98 – 12/31/98) |
| US000167 | 4/17/98 | Roundup Ready Corn Available in 1998 (web page), Univ. of Illinois, Cooperative Extension Service |
| US000168 | 1999 | 1999 Mid-Atlantic Custom Work Rate Guide (Origin Unknown) |
| US000169 | 3/25/99 | CFA between PHNWR and James C. Wells, Jr. (3/31/99 – 12/31/99) |
| US000176 | 3/26/99 | CFA between PHNWR and Fred A. Bennett (3/31/99 – 12/31/99) |
| US000185 | 3/25/99 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/31/99 – 12/31/99) |
| US000195 | 3/25/99 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/31/99 – 12/31/99) |
| US000205 | 4/7/00 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/27/2000 – 12/31/2000) |
| US000213 | 4/6/00 | CFA between PHNWR and Wells Farm Inc. (3/27/2000 – 12/31/2000) |
| US000220 | 4/7/00 | CFA between PHNWR and Fred A. Bennett (3/27/2000 – 12/31/2000) |
| US000229 | 12/15/00 | Cropland Management FWS web page |
| US000230 | 1/26/01 | PHNWR Pesticide Use Report for CY 2000, Crawford, Refuge Manager |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000233 | 4/10/01 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (4/5/01 – 12/1/01) |
| US000240 | 4/11/01 | Farmers/Landowners Meeting, Notes & Questions, Author Unknown |
| US000243 | 4/24/01 | Note – observation of Carlton Wells and Sons, |
| US000244 | 4/26/01 | Letter from Crawford/ PHNWR to Wells, Wells and Sons, Inc., re: field check on leaving sod strip |
| US000245 | 5/14/01 | Memo from Asst Refuge Mgr, PHNWR to Acting PL, PHNWR, re: Farming Program CY 2001, J. Carlton Wells and Sons Inc. |
| US000246 | 5/16/01 | Memo from Asst Refuge Mgr, PHNWR to Files, subject:  CY 2001 Cooperative Farming Program, J. Carlton Wells and Sons; BT Corn |
| US000247 | 4/10/01 | CFA between PHNWR and Wells Farm, Inc. (4/5/01 – 12/01/01) |
| US000253 | 4/9/01 | CFA between PHNWR and Fred A. Bennett (4/5/01 – 12/01/01) |
| US000262 | 5/21/01 | Memo to Asst Manager/PHNWR from Refuge Manager/PHNWR subject:  Cooperative farming agreement with J. Carlton Wells and sons |
| US000263 | 6/27/01 | Letter from Crawford/PHNWR to Wells, J. Carlton and Wells and Sons Inc., re: amendment to 2001 CFA, complete with a Map |
| US000265 | 7/3/01 | Email chain ending with email from Crawford/PHNWR to Hudson/PHNWR, subject:  clover worms and Grasshoppers |
| US000267 | 2001 | Species at Risk FY 2001, Pre-proposal:  Management for Grassland Breeding Birds on Northeast Refuges, FWS Washington Office |
| US000269 | 10/30/01 | Email chain ending with email French, R5, Realty Officer, to Tom Worthington, Region 3, NWRS, re:  Round up ready soybeans |
| US000271 | 11/5/01 | R5 – PHNWR Biological Profile |
| US000282 | 11/7/01 | Email from Gore, R5/FWS/NWRS, to Crawford/FWS/ NWRS, subject: The Bt-Corn Issue (forwarding attached article) |

**PAGE**          **DATE**                      **DESCRIPTION**

US000292      11/8/05           PHNWR CCP Scoping Meeting #1, Summary of Comments

US000295      2000-2001       PHNWR, Farming Program 2000 to 2001, Summary

US000299      8/01              PHNWR, Mowing Treatments – Summer 2001

US000301      2001              PHNWR, Cropland/Grassland Field Plan (map)

US000302      4/5/02            CFA between PHNWR and Fred A. Bennett (4/5/02 – 12/15/02)

US000312      4/8/02            CFA between PHNWR and J. Carlton Wells and Sons, Inc. (4/5/02 – 12/15/02)

US000320      4/5/02            CFA between PHNWR and James C. Wells, Jr. (4/5/02 – 12/15/02)

US000327      4/24/02          CFA between PHNWR and Ockels Farms Inc. (4/5/02 – 12/15/02)

US000332      4/30/02          Recommended Consistent Process for Determining the Compatibility of Cooperative Farming on NWRs in R5

US000338      10/17/02        Cape Gazette Article: Complaints about Prime Hook Refuge

US000339      1/13/03          Email chain ending with Email from Schafler/PHNWR to PHNWR staff, subject:  PHM Biological Peer Review (forwarding attached DRAFT)

US000369      Undated         CFA between PHNWR and Ockels Farms (3/15/03 – 12/15/03)

US000379      Undated         CFA between PHNWR and J. Carlton Wells & Sons, Inc. (3/15/03 – 12/15/03)

US000382      Undated         CFA between PHNWR and James C. Wells, Jr. (3/15/03 – 12/15/03)

US000385      Undated         CFA between PHNWR and Fred A. Bennett (3/15/03 – 12/15/03)

US000388      4/10/03          Email chain ending with Email from Larsen/PHNWR, to O'Shea/PHNWR, re:  Use of GMOs on R5 Refuges: EXCEPTION for this Year Only, forwarding attachment

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000391 | 5/23/03 | Memo to Director (CNWR/DNR), from ARD/R5, subject: Response to Questions on Use of GMOs on NWRs |
| US000393 | 7/8/03 | Email chain ending from Dowhan/R5/NWRS, to Talbott/ R5/NWRS, subject:  DRAFT GMO Delegation of Authority |
| US000395 | 11/14/03 | PHNWR Pesticide Use Report for CY 2003 |
| US000408 | 2003 | PHNWR Farming Program 2003, Comments |
| US000410 | 2003 | PHNWR Grasslands Management-2003, Suggestions |
| US000412 | 1/7/04 | PHNWR CCP Refuge Staff Meeting Notes |
| US000416 | 2004 | PHNWR Annual Habitat Work Plan CY 2004, Summary for 2004 Management activities on upland habitats |
| US000419 | 10/28/03 | Letter from David H. Wells to the Governor, subject: concern over current management of PHNWR. |
| US000420 | 2003 | PHNWR Farming 2003 – maps |
| US000426 | 1/12/04 | Email chain ending with Email from Larsen/PHNWR, to Schafler/PHNWR, Subject:  Farming Agreements CY 2004 |
| US000428 | 1/20/04 | Email chain ending with Email from Larsen/PHNWR, to Laskowski, Taylor, Dowhan, Fannin (R5) and Lyon NWRS, subject:  Proliferation of GMO crops in Hawaii, Nebraska and elsewhere |
| US000433 | 2/23/04 | Letter from Schafler/PHNWR to Fred A. Bennett, subject: USFWS CFA for 2004 and Special Use conditions for PHNWR |
| US000442 | 3/9/04 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/15/04 – 12/15/04) |
| US000451 | Undated | CFA between PHNWR and Fred A. Bennett (3/1/04 – 12/15/04) |
| US000460 | 3/22/04 | DRAFT – Preliminary Report to NWRS and NRCS – Grassland bird breeding use of managed grasslands on NWRs within R5 of the USFWS, authors: USGS, FWS, SUNY College at Brockport, Dept of Environmental Science |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000501 | 4/1/04 | USDA Farm Service Agency – Notification of Bases, Payment Yields, and CRP Reductions after Reconstitution |
| US000503 | 4/04 | GMOS-Unlabeled and Untested:  What is at Risk?  A NWR Biologist's Perspective for PHNWR, author: Larson/PHNWR |
| US000509 | 3/29/04 | Email chain ending with Email from Hogan/FWS, to Stasko/R5/FWS/NWRS, subject: Prime Hook letter for farmers on GMO's |
| US000510 | 4/04 | Comments on Draft Modified Crops (GMCs) on NWRS, author: unknown |
| US000511 | 4/28/04 | Email from Schafler/PHNWR to Stasko/R5/FWS/NWRS, Subject: A Day with Otis |
| US000512 | 5/7/04 | Email from Wilson/R5/FWS/NWRS, to Schafler/PHNWR, subject:  Farming fields |
| US000514 | 11/1/04 | Email from Czech/R9/FWS/NWRS, to Dowhan/R5/FWS/NWRS, subject:  draft GMC policy |
| US000523 | 11/22/05 | Email chain ending with Email from Dowhan/R5/FWS/NWRS, to R5 Refuge Managers, subject:  Draft GMC Policy |
| US000526 | 11/22/05 | Email chain ending with Email from Taylor/R5/FWS/NWRS, to Stasko/R5/FWS/NWRS, subject:  GMO Verbiage in Refuge Biological Integrity Policy |
| US000531 | 11/30/04 | Email chain ending with Email from Stasko/R5/FWS/NWRS, to Schafler/PHNWR, subject:  Farming Guidance-again |
| US000532 | 12/29/04 | Email chain ending with Email from Wolflin/R5/FWS/CBFO, to Schafler/PHNWR, subject: Request for opinion – GMCs |
| US000534 | 8/29/04 | PHNWR Annual Habitat Work Plan – CY 2004 |
| US000563 | 1/05 | PHNWR Annual Habitat Work Plan, January 2005 |
| US000572 | 2/10/05 | Email from Koroski/R5/FWS/NWRS, to Schafler/PHNWR, subject:  Finalized DRAFT Response (with attachment – Letter to Mr. Karl E. Schweiger regarding PHNWR management and operations) |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000576 | 3/4/05 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/15/05 – 12/1/05) |
| US000582 | 3/4/05 | CFA between PHNWR and Fred A. Bennett III (3/15/05 – 12/1/05) |
| US000590 | 3/8/05 | Letter from Barry R. Fry to Stemler, Special Asst to the Director, re:  concerns over the management of PHNWR |
| US000592 | 3/8/05 | Letter from concerned citizens for Prime Hook to Stemler, Special Asst to the Director, re:  concerns regarding use of the PHNWR |
| US000593 | 3/8/05 | Letter from Ralph W. Holston, Jr., to Stemler, Special Asst to the Director, FWS, re:  concerning management of PHNWR |
| US000594 | 3/21/05 | Letter from Wayne M. Sammons to Stemler, Special Asst to the Director, FWS, re: concerns at PHNWR |
| US000596 | 3/28/05 | Letter from Thomas H. Draper to Stemler, Special Asst to the Director, FWS, re:  concerns over reduction of farming program at PHNWR |
| US000597 | 3/31/05 | Email from Stasko/R5/FWS/NWRS to Koroski/R5/FWS/NWRS, subject:  Fry, Holston and 28 other signatories' replies (w/draft reply letter attached) |
| US000607 | 4/12/05 | Email from Stasko/R5/FWS/NWRS to Bennett/R5/FWS, Subject: Outreach Strategy for Prime Hook Management Issues |
| US000608 | 4/21/05 | Email from Koroski/R5/FWS/NWRS to Stasko/R5/FWS/NWRS and Schafler/PHNWR, subject:  Draft CCU – DCN #020592 (with attached draft letters to Ralph Holston and Barry Fry in reference to Prime Hook Management Issues) |
| US000616 | 5/2/05 | Email from Koroski/R5/FWS/NWRS to Schafler/PHNWR and Stasko/R5/FWS/NWRS, subject:  FINALIZED Draft Response (with attached draft response to concerned citizens for Prime Hook) |
| US000621 | 5/31/05 | Email from Stasko/R5/FWS/NWRS to Schafler/PHNWR, subject: Recent meetings with Rick Bennett |

7

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000622 | 6/30/05 | News Release – PHNWR to Host Town Hall Public Meeting on Wednesday, July 13, 2005 to Discuss Wildlife Habitat Management Programs |
| US000623 | 6/27/05 | Email chain ending with Email from Laskowski/R5/FWS/NWRS to Schafler, PHNWR, subject: Waterfowl Mgmt at Prime Hook (with attached Delaware Waterfowl Survey data and PHNWR Waterfowl Survey data) |
| US000628 | 7/13/05 | PHNWR Town meeting 7-9:00PM, July 13, 2005, for comments and information exchange between Service and public, summary of comments/questions |
| US000636 | 7/20/05 | The Sussex Countian, Local News article, Prime Hook looks to develop long-term management plan, author: Patrick Varine |
| US000639 | 7/25/05 | Letter from Ralph W. Holston, Jr., to Stemler, Special Asst to the Director, FWS, re: concerns over management at PHNWR |
| US000640 | 7/27/05 | Email from Christopher Heckscher/Delaware Natural Heritage Program to Larsen/R5/PHNWR, subject: Papaipema maritima and Helianthus at PHNWR |
| US000641 | 8/1/05 | Letter from Charles N. Darling to Hogan, Director, FWS, re: comments regarding the first Town Hall CCP meeting for PHNWR |
| US000644 | 8/3/05 | Email chain ending from Schafler/PHNWR to Bonetti and Stasko/R5/FWS/NWRS, subject: Letter to FWS Director Hogan from Charles Darling |
| US000646 | 8/8/05 | Migratory Bird Management and PHNWR CCP Summary, Larsen, Wildlife Biologist |
| US000647 | 8/9/05 | Letter from David W. Weber to Hogan, Director, FWS, re: concerns over grasslands being converted to farmland |
| US000648 | 9/05 | Draft of Response to Cape Gazette Editorial of August 16, 2005 re: management of PHNWR |
| US000649 | 8/18/05 | Email chain ending with Email from Stasko/R5/FWS/NWRS to Schultz/R9/FWS/NWRS, subject: Letter from David Weber – need response (with attached draft response letter) |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000654 | 8/16/05 | Cape Gazette Editorial – Don't forget Prime Hook promises |
| US000655 | 8/25/05 | Region 5 Briefing from the Regional Director, R5, prepared for the Director, subject: Federal Register Notice of Intent to Prepare a CCP and EA For PHNWR |
| US000656 | 8/26/05 | Response letter from Bennett, Acting Regional Director, R5, FWS, to Mr. Charles N. Darling re: response to concerns over management actions at PHNWR |
| US000658 | 8/26/05 | Response letter from Bennett, Acting Regional Director, R5, FWS, to Mr. Ralph W. Holston, Jr., re: response to concerns regarding recent and future management actions at PHNWR |
| US000660 | 8/30/05 | Letter from Otis J. Clifton to Cape Gazette Editor re: his opinion regarding the Gazette editorial of August 16 called "Don't Forget Broken Promises" |
| US000662 | 9/10/05 | Petition for Jonathan Schafler/PHNWR, re: Petition by the Sussex Bird Club for the Management Of Grassland Habitat at PHNWR |
| US000665 | 9/23/05 | Farm Program Changes at PHNWR for the 2006 Season |
| US000688 | 9/26/05 | Email chain ending with Email from Stasko/R5/FWS/NWRS to Schafler/PHNWR, subject: Pre-study Agriculture at Prime Hook |
| US000689 | 9/29/05 | Letter from Christopher M. Heckscher, State of Delaware, Dept of Natural Resources and Environmental Control to Jonathan Schafler/PHNWR, re: Conveying discovery of Papaipema maritime (a plant - Stem boring moth) at PHNWR |
| US000691 | 9/8/05 | News Release – Migratory Bird Management and Prime Hook |
| US000692 | 9/05 | Letter re: PHNWR, Milton, DE eliminates Wild Bird Habitat in favor of farming in violation of USFWS policy |
| US000693 | 9/27/05 | Letter from Bennett, Acting Regional Director, R5, FWS, to Mr. David W. Weber re: replying to his concerns regarding recent and future management actions of grassland habitat at PHNWR |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000694 | 10/3/05 | Email chain ending with Email from Stasko/R5/FWS/NWRS to Dowhan, and Talbott/R5/FWS/NWRS, subject: [DRIPP] Threat to Prime Hook NWR |
| US000698 | 10/3/05 | Email chain ending with Email from Larsen/PHNWR to Christopher Heckscher, State of Delaware, subject: [DRIPP] Threat to PHNWR |
| US000701 | 10/4/05 | Email from Bonetti/R5/FWS/NWRS to Schafler/PHNWR, subject: draft of basic response to letter – Prime Hook CCP |
| US000703 | 10/4/05 | Email chain ending with Email from Bill Fintel to Glen Lovelace, subject:  Prime Hook Letter |
| US000709 | 10/4/05 | Letter from Stasko, R5, to Ms. Joan S. Cwi re: response to concerns regarding management actions of Grassland habitat, and possible leasing of refuge lands to farmers |
| US000710 | 10/05 | Estimated costs for plowing and planting fields at PHNWR |
| US000711 | 10/5/05 | Fax from Otis J. Clifton to Rick Bennett, Deputy Regional Director, R5, FWS, subject:  Memorandum number 6 regarding PHNWR |
| US000716 | 10/17/05 | Email chain ending with Email from Sara O'Byrne, subject: Prime Hook legal action?? |
| US000730 | 10/20/05 | Letter from Herbert C. Archdeacon to Hogan, Acting Director, FWS, re: Feelings about the future of PHNWR |
| US000731 | 10/27/05 | Email from Stasko/R5/FWS/NWRS to Laskowski/R5/FWS/NWRS, subject:  Decisions Being made at Prime Hook have the full endorsement of the Regional Office |
| US000732 | 11/2/05 | DRAFT – PHNWR CCP Comments and Recommendations, author: William A. Fintel |
| US000735 | 11/3/05 | DRAFT Background on PHNWR and management focus for the CCP, author: Bonetti, R5, FWS, NWR |
| US000737 | 11/3/05 | DRAFT Letter to Ms. Wendy B. Olsson from Brady/R5/FWS/NWRS, re: response to the Freedom of |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| | | Information request regarding compatibility determinations at PHNWR |
| US000739 | 11/7/05 | PEER – News Release – Wildlife Refuge used for GMC |
| US000741 | 11/7/05 | Letter from Gene Hocutt, PEER Refuge Keeper to Marvin Moriarty, Regional Director, R5, FWS, re: Conveying concerns relative to the continuing Agricultural operations at PHNWR |
| US000744 | 11/8/05 | Cape Gazette news article, Planning Prime Hook's future hot topic at meeting, author: Jim Cresson |
| US000746 | 11/8/05 | The News Journal article, Conservationists upset by farming at Prime Hook, author: Molly Murray |
| US000748 | 11/9/05 | The news Journal article, Stewards of Prime Hook get an earful, Public says feds have lost sight of original purpose of Refuge: protecting birds, author: Molly Murray |
| US000750 | 11/10/05 | Cape Gazette article, Prime Hook Refuge seeks public input on 15-year master plan, author: Jim Cresson |
| US000751 | 11/10/05 | Email chain ending with Email from Stasko/R5/FWS/NWRS to Bekkerus/R9/FWS/NWRS, subject: Prime Hook |
| US000753 | 11/14/05 | Cape Gazette news article, PHNWR approaching a harmonious balance between wild and cultivated, author: Dennis Forneu |
| US000754 | 11/16/05 | Email from Braudis/R5/FWS/NWRS to Stasko/R5/FWS/NWRS, subject:  Information Statement (w/attachment Draft PHNWR Farming Compatibility Response) |
| US000757 | 11/16/05 | Letter from Nicholas A. DiPasquale, Delaware Audubon Society to Schafler, PHNWR, re: appreciation for the public meetings on the CCP and additional questions |
| US000760 | 11/22/05 | Email chain ending with Email from Stasko/R5/FWS/NWRS to Taylor/R5/FWS/NWRS, subject:  Wildlife Refuge used For GMC |
| US000763 | 11/22/05 | Email chain ending with Email from Taylor/R5/FWS/NWRS to Stasko/R5/FWS/NWRS, subject:  GMO verbiage In Refuge Biological Integrity Policy |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000766 | 11/22/06 | Email chain ending with Email from Taylor/R5/FWS/NWRS to Stasko/R5/FWS/NWRS, subject: Draft GMCs Policy |
| US000770 | 12/21/05 | Letter from Nicholas A. DiPasquale, Delaware Audubon Society to Schafler, PHNWR, re: Delaware Audubon's Info request of November 16, 2005 |
| US000771 | 1/24/06 | Delaware Nutrient Management January 2006 legal notice - 2nd notification required nutrient management planning at PHNWR |
| US000772 | 1/26/07 | Email chain ending with Email from Czech/R9/FWS/NWRS to Leslie Marler/R9/FWS/NWRS, subject: GMC emails, set #10 (with 5 attachments) |
| US000801 | 1/30/06 | Letter from Michael H. McGrath, Delaware Agricultural Lands re: –2nd notice: selection process for permanent preservation on farm land |
| US000802 | 11/28/05 | Email from Schafler/PHNWR to Schafler/PHNWR, subject: Small follow through on GMO use |
| US000803 | 12/5/05 | Letter from Anthony Leger, Regional Chief, R5, NWRS, to Mr. Gene Hocutt, PEER, re: response to issues and concerns relative to the continuing agricultural programs at PHNWR |
| US000806 | 1/10/06 | Email chain ending with Email from Larsen/R5/FWS/NWRS to Schafler/PHNWR, subject: None, re: update that all items on PEER's FOIA list were copied |
| US000810 | 1/17/06 | Letter from Schafler/PHNWR to Cooperative Farmers re: confirming recent policy changes that FWS is implementing and the changes that will result to the farming practices on NWRs and specifically on PHNWR |
| US000812 | 3/8/06 | Email chain ending with Email from O'Shea/PHNWR to Schafler/PHNWR, subject: R5 response on use of GMO on NWRs |
| US000814 | 3/8/06 | Email chain ending with Email from Larsen/PHNWR to Schafler/PHNWR, subject: Draft GMCs Policy |
| US000818 | 10/17/05 | Federal Register, Vol. 70, No. 199/Monday, October 17, 2005/Notices - Notice of Intent to Prepare a CCP and EA for PHNWR |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000819 | 10/17/05 | FWS Media Alert – Service Seeks Public Involvement in Developing Long Range Plan for Prime Hook Refuge |
| US000821 | 1/12/06 | Email chain ending with Email from Schafler/PHNWR to Bonetti and Stasko/R5/FWS/NWRS, subject: Audubon follow-up |
| US000824 | 1/17/06 | Email chain ending with Email from Stasko/R5/FWS/NWRS to Schafler/PHNWR, subject:  Follow-up Response and highlighted replies to DE Audubon |
| US000829 | 1/26/06 | Email chain ending with Email from Mark Martell to Stasko/R5/FWS/NWRS, subject:  Audubon interest in Prime Hook management |
| US000833 | 3/8/06 | Letter from Cathy M. Mesick, Delaware Agriculture Lands, Preservation Foundation to Schafler, PHNWR, re: confirmation of your request for withdraw from the |
| US000834 | 3/8/06 | Email chain ending with Email from Mitchell/R5/FWS/NWRS to Taylor/R5/FWS/NWRS, subject:  Pesticide Combinations imperil frogs |
| US000840 | 3/15/06 | CFA between PHNWR and Fred A. Bennett III (3/15/06 – 12/1/06) |
| US000849 | 3/15/06 | CFA between PHNWR and J. Carlton Wells and Sons, Inc. (3/15/06 – 12/1/06) |
| US000855 | Undated | PHNWR Options for Cover Crops 2006 Planting Season |
| US000856 | Undated | Farming at PHNWR – Compatibility Determination for farming Farmland Preservation Program ID#S-96-05-0910 |
| US000857 | Undated | Compatibility and Farming at PHNWR, summary of the Policy and it's relevance to the farming program at PHNWR |
| US000860 | Undated | PEEReview, Mutation Refuge System |
| US000861 | Undated | Cape Gazette article, Prime Hook management Attacked, lauded, author: Jim Cresson |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000862 | Undated | CCP Comments, PHNWR in the Near Future and In the long run, author: Elizabeth Kraus Dumont |
| US000863 | Undated | Map – PHNWR |
| US000864 | Undated | SAR Proposal, Grassland Bird breeding use of Managed grasslands on NWRs within R5 of the USFWS |
| US000872 | Undated | USGS – Patuxent Wildlife Research Center Science Project – Grassland bird breeding use of managed Grasslands on NWRs within R5 of the FWS, project proposal |
| US000873 | Undated | PHNWR data collected from farmed units |
| US000884 | Undated | Letter from Mitchell, R5 Fire Ecologist, NWRS to Crawford, Refuge Manager, PHNWR, re: comments on Otis Clifton's letter |
| US000887 | Undated | A Grower's Handbook, Controlling European Corn Borer with Bt Corn Technology, primary author: Albert Tenuta, Ontario Ministry of Agriculture Food and Rural Affairs |
| US000903 | 3/30/2001 | News Release from PHNWR, subject:  Biodiversity Project at PHNWR |
| US000905 | Undated | DRAFT – Letter from Director, FWS, to Mr. Barry R. Fry re: response of March 8, 2005 letter relating concerns regarding the management of PHNWR |
| US000908 | Undated | DRAFT letter response to correspondence dated March 8, 2005 relating to concerns about the management of the PHNWR |

## VOLUME 2 – GOVERNING LAW, REGULATIONS AND POLICY

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000913 | Present Codification | National Wildlife Refuge System Administration and Improvement Acts, 16 U.S.C. §§ 668dd & ee. |
| US000920 | 10/9/97 | National Wildlife Refuge System Improvement Act, Public Law 105-57 |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US000930 | As of 1/27/98 | National Wildlife Refuge System Administration Act |
| US000952 | Present Codification | 50 C.F.R. Subchapter C, the National Wildlife Refuge System, Part 25, 26 and 29, Administrative Provisions, Public Entry and Use, and Land Management, respectively |
| US000980 | As of 1/6/99 | Refuge Recreation Act, codified at 16 U.S.C Chapter 1 |
| US000984 | 9/25/62 | Letter from Meyer/DOI, Office of the Solicitor to Houston Wilson re: Establishment of PHNWR (with attachment: memorandum of Rissman/Migratory Bird Conservation Commission) |
| US000986 | 7/14/81 | DOI, Departmental Manual, Part 517, Environmental quality, Pesticide Use Policy |
| US000990 | 8/29/84 | FWS, Refuge Manual, Waterfowl Management, Chapter 7, Section 3. |
| US001016 | 5/24/85 | FWS, Refuge Manual, Cropland Management, Chapter 6, Section 4. |
| US0001035 | 3/25/92 | FWS, Director's Order No. 42, Existing Manuals, Handbooks and Other Directives |
| US0001037 | 12/30/96 | FWS, National Policy Issuance #96-09, Executive Order 12996 – Management and General Public Use of the National Wildlife Refuge System |
| US001039 | 10/29/96 | FWS, National Policy Issuance #96-10, the National Wildlife Refuge System – Promises for a New Century |
| US001042 | 5/25/2000 | FWS, National Wildlife Refuge System, Final Refuge Planning Policy, 65 Fed. Reg. 33892 |
| US001071 | 6/21/2000 | FWS Manual, Part 602, Section 1, Refuge Planning Overview |
| US001079 | 6/21/2000 | FWS Manual, Part 602, Section 3, Comprehensive Conservation Planning Process |
| US001102 | 6/21/2000 | FWS Manual, Part 602, Section 4, Step-Down Management Planning |
| US001119 | 10/18/2000 | FWS, Final Compatibility Policy, 65 Fed. Reg. 62484 |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US001146 | 10/18/2000 | FWS, Final Compatibility Regulations, 65 Fed. Reg. 62458 |
| US001164 | 11/17/2000 | FWS Manual, Part 603, Section 2, Compatibility |
| US001166 | 1/16/01 | FWS, Policy on Maintaining the Biological Integrity, Diversity, and Environmental Health of the National Wildlife Refuge System, 66 Fed. Reg. 3810 |
| US001181 | 1/18/01 | FWS, Director's Order No. 132, National Wildlife Refuge System Mission, Goals and Purposes |
| US001186 | 1/3/01 | FWS Training Manual, Refuge Compatibility, National Conservation Training Center |
| US001243 | 2/8/01 | FWS, Notice of Delay of Effective Date for the Policy on Maintaining the Biological Integrity, Diversity, and Environmental Health of the National Wildlife Refuge System, 66 Fed. Reg. 9593 |
| US001245 | 4/16/01 | FWS Manual, Part 601, Section 3, Biological Integrity, Diversity, and Environmental Health |
| US001256 | 6/19/02 | FWS Manual, Part 620, Section 1, Habitat Management Plans |
| US001262 | 2/19/03 | Memorandum from Leger/FWS/RO to FWS Region 5 Refuge Managers re: Guidance on use of genetically modified plant, animal and microbial organisms. |
| US001263 | 12/29/03 | Memorandum from Hogan/Dept'y Director/FWS to FWS Regional Directors re: Implementation of the Habitat Management Policy (with attachments) |
| US001282 | 1/13/04 | E-mail chain ending with from McMahon/FWS/RO to FWS Region 5 Refuge Managers conveying attached guidance from FWS/Dept'y Director, re: guidance on use of genetically modified crops on refuges |
| US001285 | 3/8/04 | DOI, National Environmental Policy Act Revised Implementing Procedures, 69 Fed. Reg. 10866 |
| US001308 | 5/27/04 | DOI, Departmental Manual, Part 516, Ch. 1, NEPA, Protection and Enhancement of Environmental Quality |

| PAGE | DATE | DESCRIPTION |
|---|---|---|
| US001316 | 5/27/04 | DOI, Departmental Manual, Part 516, Ch. 3, NEPA, Environmental Assessments |
| US001318 | 5/27/04 | DOI, Departmental Manual, Part 516, Ch. 6, NEPA, Managing the NEPA Process |
| US001321 | 6/21/05 | DOI, Departmental Manual, Part 516, Ch. 2, NEPA, Initiating the NEPA Process |
| US001329 | 5/27/04 | DOI, Departmental Manual, Part 516, Ch. 8, Managing the NEPA Process, FWS |
| US001336 | Undated | FWS, RO, Memorandum titled: The Most Essential Things You Need to Know About Compatibility Determinations but Haven't yet Read About or Were Afraid to Ask, author unknown |
| US001342 | Undated | FWS, PHNWR Refuge Purposes, downloaded from the FWS intra-net website |
| US001343 | Undated | FWS, PHNWR, Fact Sheet on Refuge History |

## VOLUME 3 – DELAWARE NATURAL HERITAGE PROGRAM SURVEYS OF PHNWR

| PAGE | DATE | DESCRIPTION |
|---|---|---|
| US001344 | 9/10/03 | Cooperative Agreement between the Delaware Department of Natural Resources and FWS, re: natural community, rare plant and rare animal surveys, # 50181-3-J064 |
| US001355 | 1/9/04 | FWS meeting notes re: refuge surveys conducted by Delaware Natural Heritage Program |
| US001366 | 2/05 | Zoological surveys of Prime Hook NWR, 2004: An interim report on rare and uncommon species found, Heckscher/DE Natural Heritage Program |
| US001372 | 2/05 | Rare plant surveys of Prime Hook NWR, 2004: An interim report, McAvoy/DE Natural Heritage Program |

| PAGE | DATE | DESCRIPTION |
|------|------|-------------|
| US001376 | 7/13/05 | E-mail chain ending with e-mail from Schafler/PHNWR to Larsen/PHNWR, forwarding enclosure (letter from Moore/Delaware Division of Fish and Wildlife re: scope of biological surveys) |
| US001379 | 1/06 | Draft final report on botanical and zoological surveys (2004-2005) and draft interim report on natural community surveys (2005), submitted pursuant to cooperative agreement # 50181-J064, DE Natural Heritage and Endangered Species Program |