IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>vs.<br><br>Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish And Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior,<br><br>Defendants. | Civil Action No. 06-223<br><br>MOTION FOR ADMISSION PRO HAC VICE |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kevin Golden to represent Center for Food Safety in this matter.

Signed: _____

Date: August 8, 2007

Vivian Houghton, DE Bar # 2010

800 West Street
Wilmington, DE 19801
(302) 658-0518

Attorney for Delaware Audubon Society

Date: 8/8/07

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiffs, <br><br> vs. <br><br> Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish And Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior, <br><br> Defendants. | Civil Action No. 06-223 <br><br> [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE |

IT IS HEREBY ORDERED counsel's motion for admission of Kevin Golden pro hac vice is granted.

Date:_____          _____

                        Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiffs, <br><br> vs. <br><br> Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish And Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior, <br><br> Defendants. | Civil Action No. 06-223 <br><br> CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: [signature]

Date: August 8, 2007

Kevin Golden, CA Bar No. 233378
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
(415) 826-2770