**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:06-cv-223 |
| vs. | ) ) | |
| Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish And Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Delaware Audubon Society, Inc., Center for Food Safety, and Public Employees for Environmental Responsibility and on behalf of themselves and their members move for summary judgment for the reason set forth in the accompanying memorandum in support and request the relief described therein.

Dated this 23rd day of August, 2007.

                                                    Respectfully submitted,

                                                  DELAWARE AUDUBON SOCIETY,
                                                  CENTER FOR FOOD SAFETY, and
                                                  PUBLIC EMPLOYEES FOR
                                                  ENVIRONMENTAL RESPONSIBILITY

                                                  By: /S/ Vivian A. Houghton
                                                      Vivian A. Houghton, Esquire

Vivian A. Houghton, Esquire, DE Bar #2010
800 West Street
Wilmington, DE 19801
302-658-0518

Attorney for Delaware Audubon Society

Will Rostov
Kevin Golden
Center for Food Safety
2601 Mission Street, Suite 803
San Francisco, CA 94110
415-826-2770 | fax 415-826-0507

Attorneys for Center for Food Safety


Paula Dinerstein
Jeffrey Ruch
Public Employees For Environmental Responsibility
2000 P Street, NW; Suite 240
Washington, DC 20036
202-265-7337

Attorneys for Public Employees for Environmental Responsibility