# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiffs,<br>vs.<br><br>Secretary, Department of the Interior, DALE HALL, Director of United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior<br><br>Defendants. | Ca No. 06-223<br><br>UNOPPOSED MOTION FOR SHORT EXTENSION OF TIME TO FILE OPPOSITION |

  Pursuant to Fed. R. Civ. P. 7, the Federal Defendants move the Court for an short extension of time to file the Brief in Opposition to Plaintiffs' Motion for Summary Judgment in this matter. Pursuant to the scheduling order entered on June 27, 2007, the brief is due September 28, 2007. The Federal defendants request that this Court enter an order extending the time for filing the brief by three business days until October 3, 2007. This short extension is necessary because Counsel for Federal Defendants had unexpected travel this week for a hearing in another case and needs additional time to finish the brief. Federal Defendants also request that the deadline for Plaintiffs' Reply Brief be extended an additional three business days from October 19, 2007, to October 24, 2007.

  Counsel for Plaintiffs has been consulted and does not oppose this motion.

  THEREFORE, the Federal Defendants move this court for an order extending the time to file the Brief in Opposition to Plaintiffs' Motion for Summary Judgment until October 3, 2007 and the Reply Brief until October 24, 2007.

Dated this 27th day of September, 2007    Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General

 /s/ Ruth Ann Storey
RUTH ANN STOREY
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0493

Attorney for Defendants