IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE AUDUBON SOCIETY, CENTER FOR FOOD SAFETY, and PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiffs, <br> vs. <br><br> Secretary, United States Department of the Interior, DALE HALL, Director of United States Fish And Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE, an administrative agency of the United States Department of the Interior, <br><br> Defendants. | Case No. 1:06-cv-223 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Center for Food Safety respectfully gives notice that William B. Rostov is no longer counsel on this case because he is no longer affiliated with Center for Food Safety. Vivian Houghton, Kevin Golden, and Joseph Mendelson III, still represent plaintiffs in this case.

Respectfully submitted,

DELAWARE AUDUBON SOCIETY,
CENTER FOR FOOD SAFETY, and
PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY

By: /S/ Vivian A. Houghton
Vivian A. Houghton, Esquire, DE Bar #2010
800 West Street
Wilmington, DE 19801
302-658-0518
Attorney for Delaware Audubon Society

Kevin Golden
Center for Food Safety
2601 Mission Street, Suite 803

San Francisco, CA 94110
415-826-2770 | fax 415-826-0507
Attorneys for Center for Food Safety

Dated: March. 10, 2008